**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KATHY FOWLER and
LACRETIA GONZALES,

                Plaintiffs,

vs.                                             Case No.  3:10-cv-884-J-34JRK

RITZ -CARLTON HOTEL COMPANY,
LLC, et al.,

                Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court on Defendant's Motion for Sanctions and Incorporated Memorandum of Law (Dkt. No. 39; Motion for Sanctions) and Defendant's Motion for Award of Attorneys' Fees and Costs to be Assessed Jointly and Severally Against Plaintiffs and Their Counsel and Incorporated Memorandum of Law (Dkt. No. 40; Motion for Attorneys' Fees and Costs).  The motions were referred to the Honorable James R. Klindt, United States Magistrate Judge, for preparation of a Report and Recommendation regarding an appropriate resolution.  On February 2, 2015, Judge Klindt recommended that the Motion for Sanctions be granted in the amount of $9,246.60 to be bourne jointly and severally by Plaintiffs and their counsel, and that the Motion for Attorneys' Fees and Costs be granted against Plaintiffs in the amount of $174,486.00 in attorneys' fees and $13,076.51 in costs, but otherwise be denied.  See Report and Recommendation (Dkt. No. 64; Report) at 34-35.  In doing so, however, Judge Klindt opined that Plaintiffs and their counsel should be given an opportunity to be heard as to their ability to pay such awards.  Thus, Judge Klindt

recommended that the motions be provisionally granted and that "Plaintiffs and counsel should be provided fourteen days following the entry of an Order on the instant Motions to move the Court to reduce the fees and costs awards, if appropriate, based upon their respective abilities to pay. Any such motion should include sworn and detailed affidavits regarding Plaintiffs' and counsel's financial status, should include specific reductions requests, and should provide authority to support any requested reductions." Report at 33-34. Having received the Report in which Judge Klindt advised all concerned of the right to object to the Court's recommendations, neither Plaintiffs and/or their counsel nor Defendant have filed any objections. However, Plaintiffs and their counsel did file financial affidavits unaccompanied by any arguments regarding proposed specific reductions to the amounts to be awarded or any authority to support the requested reductions.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 64) is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion for Sanctions and Incorporated Memorandum of Law (Dkt. No. 39) is **GRANTED**. The Court imposes sanctions against Plaintiff Kathy Fowler, Plaintiff Lacretia Gonzales, and their counsel, Earl M. Johnson, Jr., for filing the Motion to Vacate, in the total amount of $9,246.60 ($9,204.50 for attorneys' fees and $42.10 for costs) to be paid to Defendant Ritz Carlton Hotel Company, LLC.

3. Defendant's Motion for Award of Attorneys' Fees and Costs to be Assessed Jointly and Severally Against Plaintiffs and Their Counsel and Incorporated Memorandum of Law (Dkt. No. 40) is **GRANTED** to the extent that the Court awards Defendant reasonable attorneys' fees and costs in the total amount of $187,562.51 ($174,486.00 for attorneys' fees and $13,076.51 for costs), to be paid by Plaintiffs. Otherwise, this motion is **DENIED**.

4. The Court **STAYS** the effect of this Order and **DEFERS** entry of judgment pending consideration of Plaintiffs' and Plaintiffs' counsel's ability to pay.

5. Plaintiffs and Plaintiffs' counsel shall have up to and including **April 6, 2015**, to file a motion, after conferring with opposing counsel, requesting that the Court reduce the amounts awarded. Any such motion must fully comply with Judge Klindt's specific instructions regarding its contents. If Plaintiffs and/or counsel fail to file a timely motion that complies with Judge Klindt's instructions, the Court will proceed to enter judgment in favor of Defendant in accordance with this Order.

6.      If Plaintiffs and/or counsel file such a motion, Defendant shall respond in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

**DONE AND ORDERED** at Jacksonville, Florida, this 5th day of March, 2015.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record